IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATASKA HOWARD,

    Petitioner,

v.                                CASE NO. 4:15cv66-RH/CAS

WARDEN, FCI TALLAHASSEE,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14, and the objections ECF No. 15. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on February 28, 2017.

                                      s/Robert L. Hinkle
                                      United States District Judge